AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

FILED
OCT 17 2017
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | 1:17-MJ-468 |
| NIKOLAS BOSYK | ) | |
| | ) | UNDER SEAL |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **April 14, 2012 - April 12, 2016** in the county of **Loudoun** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252(a)(2) | Receipt of child pornography. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Kristina M. Eyler
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 17 Oct 17

City and state: Alexandria, VA

/s/ _____
Ivan D. Davis
United States Magistrate Judge