IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA



Alexandria Division

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:17-MJ-468
)
NIKOLAS BOSYK )
)
Defendant. )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kristina M. Eyler, being duly sworn, depose and state:

1. I am a Special Agent with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), assigned to the Special Agent in Charge, Washington, D.C. I have been employed by DHS since 2003, and have seven years prior law enforcement experience. I earned a Bachelor of Science degree in the field of criminal justice/psychology. Additionally, I graduated from the Federal Law Enforcement Training Center's Police Mixed Basic Training Program, Prince William County Police Criminal Justice Academy, Federal Law Enforcement Training Center's Criminal Investigator Training Program, and the Immigration and Customs Enforcement Special Agent Training Program. As part of my current duties as an HSI agent, I investigate criminal violations relating to child exploitation. I have received training in the area of child pornography and child exploitation, and I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C 2256).

2. This affidavit is submitted in support of a criminal complaint and arrest warrant charging Nikolas Bosyk, of Purcellville, Virginia, with violating Title 18, United States Code, Section 2252(a)(2), which prohibits the receipt of child pornography.

3. For the reasons set forth below, I respectfully submit that this affidavit contains probable cause to believe that Nikolas Bosyk knowingly received and possessed child pornography within the Eastern District of Virginia and elsewhere.

4. The information in this Affidavit is based on my investigation, training, knowledge, and experience, in addition to information that has been related to me through data, reports, and other officers or agents involved in this investigation and related subject area. I have not set forth every fact resulting from the investigation; rather I have set forth a summary of the investigation to date to establish probable cause to charge and arrest Nikolas Bosyk for violating Title 18, United States Code, Section 2252(a)(2).

## SUMMARY OF PROBABLE CAUSE

5. In September of 2015, HSI agents at the Cyber Crimes Center, Child Exploitation Investigations Unit (C3/CEIU), became involved in an ongoing child pornography investigation. At the present time, this investigation involves multiple individuals, believed to be residing across the United States as well as abroad, who are members of an Internet based bulletin board that operates on TOR, an anonymous online network. This internet-based bulletin board is referred to as "Bulletin Board A."

6. During the course of the ongoing investigation referred to in paragraph 5, Law Enforcement was able to identify the IP addresses associated with users downloading or attempting to download child pornography from Bulletin Board A. One of the IP addresses identified as being associated with a user attempting to download child pornography on Bulletin Board A was subscribed to by Nik BOSYK. Based on this information, on April 8, 2016, the Honorable Michael S. Nachmanoff, United States Magistrate Judge in the Eastern District of Virginia, issued a search warrant for Bosyk's residence.

7. On April 12, 2016, the search warrant was executed at BOSYK's residence. Computers and other storage media devices were seized per the search warrant. These devices were forensically examined by a Digital Investigative Analyst with the Department of Justice's Child Exploitation and Obscenity Section. Your affiant reviewed a copy of the Computer Forensic Report ("the Report").

8. One of the devices examined by the Digital Investigative Analyst was a 100 GB Seagate laptop hard drive with a serial number 5PL1MXM8 ("the Device") that was seized from BOSYK's residence. The examination of the Device contained thousands of images and videos of minor children engaged in sexually explicit conduct. The majority of the files were found in the C:\vongo\vong folder and its subfolders. The files within the folders were created from April 14, 2012 through November 18, 2015.

9. A video file titled "Stephy 7yo Hard Sex.avi" located in subfolder "Banana" depicts a nude, juvenile female lying on a bed with cartoon animal bed sheets. The juvenile is on her back as an adult male inserts his penis into her vagina. The video is approximately 30 seconds in length.

10. Four child pornography video files were located in subfolder "brochuer" which were posted on "Bulletin Board A" as referenced in paragraph 1. One of the video files titled "83.mp4" depicts a nude, juvenile female lying on her back. Her black and purple pants are pulled down to her ankles. The camera is focused on her vagina as an adult male inserts his finger into her vagina.

11. A review of the Report indicates that in addition to child pornography being present on the device that child pornography was viewed on the device. The Report includes a review of LNK files which are indicative of files being accessed and viewed on the Device. Example of file names that were accessed by the user include: "12yo getting ready for cock fingered by dad room knock.lnk"; "(Pthc Kidcam Lolifuck) 13yo Daughter Brutal Ass Fuck With Daddy's Big Cock Cumshot Deep Inside On Cam (2015).lnk"; "daddy fucks her slowly.lnk".1

12. The TOR browser is a web browser used to view and access webpages on the TOR Network. Several installations of the TOR Browser were located in the "C:\vongo" folder. A review of the bookmarks associated with the Devices TOR browser identified 190 saved website links associated with online child pornography websites, including, but not limited to: "12yo 1st Hair"; "Daily CP Downloads"; "The Pedos Giftbox"; "Playpen"; "Pedoboard"; and "Lolita City."2

13. Documents belonging to BOSYK were located in folders within the C:\Documents and Settings\Compaq subfolder. There are PDF financial documents signed by Nikolai Bosyk. Additionally, a review of Internet activity indicated accessing web pages related to Facebook profile of "Nik Bosyk" on December 20, 2014.

## **CONCLUSION**

14. Based on the above information, I respectfully submit that there is probable cause to charge and arrest Nikolas Bosyk, of Purcellville, Virginia, for violating Title 18, United States Code, Section 2252(a)(2), which prohibits the receipt of child pornography.

Respectfully submitted,

_____
Kristina M. Eyler, Special Agent
Homeland Security Investigations

Subscribed to and sworn to before me
on this 17th day of October 2017

_____/s/_____
Ivan D. Davis
United States Magistrate Judge

---

1 "Pthc" is an acronym that stands for Preteen Hard Core. It is commonly used by those searching for child pornography and many child pornography files are named, in part, pthc in order to signal that the file contains child pornography.
2 "CP" is a common acronym referring to Child Pornography.

5